# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY,

      Plaintiff,

v.

JANET WILLIAMS, ERIK WILLIAMS,
and JAMES H. COLE HOME FOR
FUNERALS, INC.,

      Defendants.

_____/

Case No. 12-11489

Hon. Gerald E. Rosen

## **JUDGMENT**

      The Court having this date issued an opinion and order granting Defendant Janet Williams' motion for summary judgment and finding as a matter of law that this Defendant is entitled to the remaining $7,637.80 in life insurance benefits payable under an employee welfare benefit plan for which Plaintiff Metropolitan Life Insurance Company serves as claims administrator,

      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the balance of **$7,637.80** that was previously paid by Plaintiff into the Registry of the Court pursuant to the Court's June 19, 2012 order shall be disbursed in its entirety to Defendant Janet Williams, in full and final resolution of the claims of the two remaining

Defendants, Janet Williams and Erik Williams, concerning the proper disposition of the life insurance benefits giving rise to this interpleader action.

                              s/Gerald E. Rosen
                              Chief Judge, United States District Court

Dated: November 30, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 30, 2012, by electronic and/or ordinary mail.

                              s/Julie Owens
                              Case Manager